IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

RYAN GOTTESMAN,

    Defendant.

Civil Action No. 1:14-cv-01137
Judge Sara L. Ellis

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF RYAN GOTTESMAN

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Ryan Gottesman ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Ryan Gottesman was assigned the IP address 24.148.16.23. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Ryan Gottesman has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September__15__, 2014

Respectfully submitted,

By: ___/s/ *Mary K. Schulz*___
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
Phone: 224-535-9510
Email: SchulzLaw@me.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September_15___, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *Mary K. Schulz*_____
      Mary K. Schulz